**Order entered May 27, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01014-CR

### KIELLE DROMONE MCNEAL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F15-00409-L**

## ORDER

Before the Court is appellant's May 25, 2016 motion to extend the time for filing appellant's brief and motion to withdraw. The Court is confident that counsel will be able to zealously represent his client consistent with the rules of professional conduct. The Court **DENIES** that portion of the motion seeking permission for counsel to withdraw from representation.

The Court **GRANTS IN PART** that portion of the motion seeking an extension, and the Court **EXTENDS** the time to file appellant's brief until **TEN DAYS** from the date of this order.

/s/     LANA MYERS
JUSTICE